1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jose Arturo Salas Galvez,<br><br>Plaintiff,<br><br>v.<br><br>Hector M Rodriguez, et al.,<br><br>Defendants. | No. CV-16-00292-TUC-JGZ<br><br>**ORDER** |

On December 23, 2016, the parties filed a Stipulation to dismiss the above-captioned case with prejudice, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. (Doc. 28.)

Accordingly, IT IS ORDERED that the parties' Stipulation (doc. 28) is GRANTED.

IT IS FURTHER ORDERED that the above-captioned case is DISMISSED with prejudice.

Dated this 5th day of January, 2017.

_____
Honorable Jennifer G. Zipps
United States District Judge